# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIFIN, INC., a California Corporation, | Case No.: 3:18-CV-02792-WQH-MDD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Prestige Worldwide Leasing, a Louisiana limited liability company | Judge: Hon. William Q. Hayes |
| | Magistrate Judge: Hon. Mitchell D. Dembin |
| Defendant. | |

The Court ENTERS default judgment against Defendant Prestige Worldwide Leasing, LLC, in favor of Plaintiff XIFIN, Inc., in the amount of $273,211.17. Plaintiff is entitled to post judgment interest at the rate of 10% per annum from the date of entry of this Judgment until paid.

**IT IS SO ORDERED**

Dated: October 28, 2019

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court